# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

United States Courts Southern
District of Texas
**FILED**

*December 7, 2021*

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Mario GUERRA Collazo | ) Case No. 7:21-MJ-2551-1 |
| COB: Mexican | ) |
| YOB: 1974 | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __12/07/2021__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 | did knowingly and intentionally possess with the intent to distribute approximately 2.08 kilograms of Cocaine, a Schedule II controlled substance. |
| 21 USC 952 | did knowingly and intentionally import with the intent to distribute approximately 2.08 kilograms of Cocaine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:
SEE ATTACHMENT A

☑ Continued on the attached sheet.

Approved for filing by AUSA Devin Walker

/S/ Ana Aguilera
*Complainant's signature*

Ana Aguilera, Task Force Officer
*Printed name and title*

Sworn to and executed by reliable electronic means, sworn to and attested telephonically per FED.R.CR.4.1, and probable cause found on:

Date: December 7, 2021 at 6:46 p.m.

*Judge's signature*

City and state: McAllen, TX

U.S. Magistrate Judge Scott J. Hacker
*Printed name and title*

This affidavit is intended to establish sufficient probable cause and does not set forth all my knowledge about this matter.

On December 7, 2021, at approximately 09:00 a.m., Mario GUERRA Collazo, hereafter referred to as GUERRA, a citizen of Mexico, applied for admission into the United States at the Pharr Port of Entry (POE) in Pharr, Texas. GUERRA stated that he was traveling from Reynosa, Tamaulipas to Pharr, Texas and provided a negative oral declaration to primary CBPO for fruits, meats, plants, vegetables, firearms, drugs, and currency over $10,000.00 US dollars. During primary inspection, primary CBPO noticed that GUERRA was sitting at an angle with the door open. GUERRA was asked to lean forward and an immediate pat down for weapons was conducted by the primary CBPO, resulting in the discovery of a large bulge on GUERRA's waistband. GUERRA was immediately secured and escorted to secondary.

The CBPO continued the immediate pat down for weapons in secondary which revealed the bulge to be a package of a white powdery substance that field tested positive for cocaine. A CBP Canine Enforcement Officer, along with his canine "Gandalf," conducted an inspection of GUERRA'S vehicle which yielded an alert to the center console area. A package was extracted from the vehicle and field tested positive for cocaine. The total weight for both packages was 2.08 kilograms.

On December 7, 2021, at approximately 11:37 a.m., Homeland Security Investigations (HSI) Task Force Officer (TFO) Ana Aguilera, along with HSI Special Agent (SA) Laron Smith interviewed GUERRA at the Hidalgo POE. GUERRA was read his Miranda Rights in the Spanish language. GUERRA waived his rights and agreed to provide a statement.

During his interview, GUERRA freely admitted that he conspired with known and unknown coconspirators to import narcotics into the United States. GUERRA stated that he was asked by a subject in Reynosa, Tamaulipas if he would be interested in a job. This unknown male explained that the job consisted of crossing narcotics into the United States in exchange for payment. GUERRA stated that he agreed and was told he would be earning $300.00 US dollars per kilogram of cocaine.

GUERRA stated that on the night of December 6th, 2021, he met with an unknown male at a local supermarket in Reynosa who delivered two packages of cocaine. GUERRA stated that he took the narcotics home. This morning, December 7, 2021, GUERRA strapped one package of cocaine to his body and concealed a second package of cocaine underneath the center console area of the vehicle he was driving. GUERRA was to receive further instructions by phone once he successfully crossed the POE.